**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-1529**

———————————

WALTER H. LEE,

Plaintiff - Appellant,

versus

DISTRICT OF COLUMBIA, The Honorable Marion
Barry, Jr.,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-97-201)

———————————

Submitted: July 24, 1997          Decided: August 6, 1997

———————————

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Walter H. Lee, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his workers' compensation claim for lack of jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Lee v. District of Columbia, No. CA-97-201 (E.D. Va. Mar. 19, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED